FILED
CLERK, U.S. DISTRICT COURT
January 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY ARNOLD LONG,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>C. WILLIAMS, Warden,<br><br>　　　　Respondent. | No. CV 14-02071-JFW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that the petition be denied and Judgment be entered dismissing this action with prejudice.

Dated: February 26, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge