JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
January 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
January 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY ARNOLD LONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. WILLIAMS, Warden,<br><br>　　　　Respondent. | No. CV 14-02071-JFW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is hereby denied and this action is dismissed with prejudice.

Dated: February 26, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　United States District Judge